

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00163-CR

Robin Jo **COCHRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10705
Honorable Miguel Najera, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: July 17, 2024

APPEAL DISMISSED

On June 17, 2024, appellant filed a motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). Pursuant to appellant's request, the mandate shall issue immediately. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

DO NOT PUBLISH